UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

SLAWOMIR WINIEWSKI,
WIESLAW ROBERT RUTA, and
PIOTR MAREK ADAMCZYK

CASE NO. 8:24 cr 429 CEH cpt

46 U.S.C. §§ 70503(a) and
70506(a) and (b)

(Drug Trafficking Conspiracy
and Possession with Intent to
Distribute Controlled
Substances on a Vessel
Subject to United States
Jurisdiction)

## INDICTMENT

The Grand Jury charges:

OCT 1 2024 PM2:17
FILED - USDC - FLMD - TPA

## COUNT ONE

Beginning on an unknown date and continuing through on or about September 20, 2024 while upon the high seas and onboard a vessel subject to the jurisdiction of the United States, the defendants,

SLAWOMIR WINIEWSKI,
WIESLAW ROBERT RUTA, and
PIOTR MAREK ADAMCZYK,

did knowingly and willfully combine, conspire, and agree with each other and other persons unknown to the Grand Jury, to possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a), 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

## COUNT TWO

Beginning on an unknown date and continuing through on or about September 20, 2024, while upon the high seas and onboard a vessel subject to the jurisdiction of the United States, the defendants,

SLAWOMIR WINIEWSKI,
WIESLAW ROBERT RUTA, and
PIOTR MAREK ADAMCZYK,

did knowingly and intentionally, while aiding and abetting each other and other persons unknown to the Grand Jury, possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a), 18 U.S.C. § 2, and 21 U.S.C. § 960(b)(1)(B)(ii).

## FORFEITURE

1.    The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 21 U.S.C. §§ 853 and 881, 46 U.S.C. § 70507, and 28 U.S.C. § 2461(c).

2.    Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 46 U.S.C. § 70503, the defendants,

SLAWOMIR WINIEWSKI,
WIESLAW ROBERT RUTA, and
PIOTR MAREK ADAMCZYK,

shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), any and all property described in 21 U.S.C. § 881(a)(1)

2

through (11) that was used or intended for use to commit, or facilitate the commission of, such offenses.

3. Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 21 U.S.C. § 960, the defendants,

SLAWOMIR WINIEWSKI,
WIESLAW ROBERT RUTA, and
PIOTR MAREK ADAMCZYK,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

4. If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or,

   e. has been commingled with other property, which cannot be divided without difficulty;

3

the United States of America shall be entitled to forfeiture of substitute property

under the provision of 21 US.C. § 853(p), directly and as incorporated by 28 U.S.C. §

2461(c).

A TRUE BILL,

Foreperson

ROGER HANDBERG
United States Attorney

By: _____
Ashley Haynes
Special Assistant United States Attorney

By: _____
Daniel Baeza
Assistant United States Attorney
Chief, Transnational Organized Crime Section

4

FORM OBD-34
September 24

No.

## UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

### THE UNITED STATES OF AMERICA

vs.

SLAWOMIR WINIEWSKI,
WIESLAW ROBERT RUTA, and
PIOTR MAREK ADAMCZYK

## INDICTMENT

Violations: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

A true bill,

_____
Foreperson

Filed in open court this _____ day of October 2024.

_____
Clerk   **ASHLEY SANDERS**

Bail $_____

GPO 863 525