**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

-vs-                                                          Case No. 8:24-cr-429-CEH-CPT

SLAWOMIR WINIEWSKI
WIESLAW ROBERT RUTA
PIOTR MAREK ADAMCZYK

**CLERK'S MINUTES**
Proceeding: Initial Appearance and Arraignment
*Courtroom 12B*

Judge: Christopher P. Tuite, U.S. Magistrate Judge        Date: October 1, 2024
Deputy Clerk: Ashley Sanders                              Time: 2:32 p.m.
USPO: Charlene Cohen                                      Recess: 3:06 p.m.
Court Reporter: Digital                                   Total Time: 34 min*
Interpreter: George Koverdan, Polish (sworn)

*Hearing held with other duty matters: 8:24-cr-430 (12 min), 8:24-cr-429 (11 min), 8:24-cr-405 (11 min)

---

Counsel for USA: Michael Buchanan, AUSA
Counsel for Defendant Winiewski: Sam Landes, AFPD
Counsel for Defendant Ruta: Wes Trombley, CJA
Counsel for Defendant Adamczyk: Omar Abdelghany, CJA

---

Court calls case and counsel enters appearances.

Oral motions for interpreters. Motions granted.

Court advises of certain constitutional rights. Defendants understand.

Oral motions for counsel. Court inquires as to Defendant's financial status. Court appoints counsel.

Court advises of charges contained in Indictment. Defendants waive full and formal reading, enter pleas of not guilty, move to participate in discovery. Government moves for reciprocal discovery.

BOND:      <u>Government:</u>  moves for detention. ICE detainer, presumption.

           <u>Defendants:</u>  reserves.

Court orders defendants detained pending trial.

Trial set for December trial term commencing on December 2 before Judge Honeywell. Status conference set for November 12 at 9:30 a.m.

Oral due process order pronounced.

Recess.