UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:24-cr-429-CEH-CPT

SLAWOMIR WINIEWSKI
WIESLAW ROBERT RUTA
PIOTR MAREK ADAMCZYK
_____/

## ORDER OF DETENTION

This cause is before the Court on the question of the Defendants' release or detention pending trial.   The Defendants stand indicted on a charges of possession with the intent to distribute five kilograms or more of cocaine while aboard a vessel subject to the jurisdiction of the United States, and conspiracy to commit the same. (Doc. 1).   The government seeks to detain the Defendants, and the Defendants have deferred on the matter, electing to reserve the right to address the issue of their release at a later date.

In light of the offenses charged in the indictment, there is a statutory presumption that no condition or combination of conditions will reasonably assure the Defendants' appearance as required and the safety of the community.   18 U.S.C. § 3142(e)(3).   Based upon the Defendants' position at the bail/detention hearing and the other information before the Court, including the Defendants' immigration

status, the Defendants have not overcome this presumption.    Accordingly, the Court directs that the Defendants be detained.    Counsel may revisit the question of the Defendants' detention or release by subsequent motion should the circumstances warrant such relief.

The Defendants are hereby committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.    The Defendants shall be afforded a reasonable opportunity for consultation with counsel.    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendants to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED in Tampa, Florida, this 2nd day of October 2024.


HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record

2