**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**CASE NO. 8:24-cr-429-CEH-CPT**

**v.**

**PIOTR MAREK ADAMCZYK,**
     **Defendant.**

_____

## NOTICE OF APPEARANCE

The undersigned attorney, Omar Abdelghany, hereby files this Notice of

Appearance as CJA appointed counsel for Defendant in the above-styled cause.

Respectfully submitted,

OMAR ABDELGHANY
550 N Reo St., Suite 300
Tampa, FL 33609
Telephone: (813) 461-5291
attorney@tampa-criminal-attorney.com

_Omar Abdelghany_____
Omar Abdelghany
Fla. Bar No. 105682

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with

the Clerk of Court using the CM/ECF system, which will send a notice of the electronic

filing to all parties of record, on this 2nd day of October, 2024.

_Omar Abdelghany_____
Omar Abdelghany
Fla. Bar No. 105682