**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| CLERK'S MINUTES |
|---|

**Case Number: 8:24-cr-429-CEH-CPT**

**UNITED STATES OF AMERICA**

**v.**

**SLAWOMIR WINIEWSKI**
**WIESLAW ROBERT RUTA**
**PIOTR MAREK ADAMCZYK**

**Government's Counsel:**
Ashley Haynes, DOJ-USAO

**Defendants' Counsel:**
Ryan J. Maguire, AFPD
Wesley E. Trombley, CJA
Omar Abdelghany, CJA

| **Judge: Charlene Edwards Honeywell** | **Date:** November 12, 2024 |
|---|---|
| **Court Reporter:** Sharon A. Miller | **Interpreter:** N/A |
| **Time:** 9:49 A.M. – 9:53 A.M. | **Total:** 4 Minutes |
| **Deputy Clerk:** Charmaine A. Black | **Courtroom:** *via* Zoom |

**PROCEEDING: ZOOM STATUS CONFERENCE**

Court in session.

Counsel appears *via* Zoom video conference and is identified for the record.

Discovery is being provided.

Defendants request a 2-cycle continuance.

Defendants' oral motion for a 2-cycle continuance is **GRANTED**, for reasons stated on the record. The Government had no objection.

After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendants to a speedy trial.

This case is continued to the **FEBRUARY 2025** trial term commencing February 3, 2025.

A Zoom status conference will be held on January 21, 2025, at 9:30 A.M.

Court adjourned.