**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                      CASE NO: 8:24-cr-429-CEH-CPT

SLAWOMIR WINIEWSKI,
WIESLAW ROBERT RUTA, and
PIOTR MAREK ADAMCZYK

_____ /

## O R D E R

This cause is before the Court following a status conference held on November 12, 2024. At the hearing, defense counsel moved for a continuance of trial until the February 2025 trial term. The Government had no objection.

Accordingly, the oral motion is **GRANTED**. This case is continued until the FEBRUARY 2025 trial term, commencing February 3, 2025. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendants to a speedy trial. The Court, therefore, determines that the time from today until the end of the February 2025 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Another status conference is scheduled for **JANUARY 21, 2025, at 9:30 a.m.** before the undersigned.

**DONE AND ORDERED** in Tampa, Florida on November 13, 2024.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel of Record