UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

### Case Number: 8:24-cr-429-CEH-CPT

**UNITED STATES OF AMERICA**

**v.**

**SLAWOMIR WINIEWSKI**
**WIESLAW ROBERT RUTA**
**PIOTR MAREK ADAMCZYK**

**Government's Counsel:**
Michael Buchanan stands in for
Ashley Haynes, DOJ-USAO

**Defendants' Counsel:**
Ryan J. Maguire, AFPD
Wesley E. Trombley, CJA
Omar Abdelghany, CJA *(Not Present)*

| | |
|---|---|
| **Judge: Charlene Edwards Honeywell** | **Date:** January 21, 2025 |
| **Court Reporter:** Sharon A. Miller | **Interpreter:** N/A |
| **Time:** 9:57 A.M. – 10:03 A.M. | **Total:** 6 Minutes |
| **Deputy Clerk:** Charmaine A. Black | **Courtroom:** *via* Zoom |

**PROCEEDING: ZOOM STATUS CONFERENCE**

Court in session.

Counsel appears *via* Zoom video conference and is identified for the record.

Mr. Buchanan stands in for Ms. Haynes.

Mr. Trombley stands in for Mr. Abdelghany.

Mr. Maguire requests a 2-cycle continuance and an extension of the deadline to file pretrial motions, so he can file a motion to dismiss based on jurisdictional grounds.

All Defendants join in the motion.

Defendants' oral motion for a 2-cycle continuance is **GRANTED**, for reasons stated on the record. The Government had no objection.

After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendants to a speedy trial.

This case is continued to the **APRIL 2025** trial term commencing April 7, 2025.

A Zoom status conference will be held on March 18, 2025, at 9:30 A.M.

The deadline to file pretrial motions is extended, as to all Defendants, until February 14, 2025.

Court adjourned.