# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                                          **Case No.: 8:24-cr-429-CEH-CPT**

**SLAWOMIR WINIEWSKI**
**WIESLAW ROBERT RUTA**
**PIOTR MAREK ADAMCZYK**
_____ /

## UNOPPOSED MOTION
## TO EXTEND PRE-TRIAL MOTION FILING DEADLINE

The Defendants, Slawomir Winiewski et al, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to extend pre-trial motion filing deadline for 30 days. The government is not opposed to this request. As grounds in support thereof the Defendants states:

1. The Defendants were indicted on October 1, 2024, for Drug Trafficking Conspiracy and Possession with Intent to Distribute Controlled Substances on a Vessel Subject to United States Jurisdiction, in violation of 46 U.S.C. §§70503(a), 70506(a) and (b). Doc 1.

2. Two oral continuances in this matter have been granted setting this matter for April 2025 trial term commencing April 7, 2025. Docs. 29-31, and 33-37.

3. This Court has currently set the pre-trial motions deadline to February 14, 2025. Doc. 37.

4. Initial discovery was provided to the defense on or about October 15, 2024.

5. On January 30, 2025, counsel requested records to supplement discovery which may aid in preparation of these motions regarding photographic evidence and registration records of the vessel. As of February 11, 2025, the Government is still working to produce these items. Defense made an additional request on February 11, 2025, for additional documents related to the Coast Guard's communications with the Government of Poland. Those records remain outstanding as well.

6. Depending on the evidence material, defense will perform legal research and writing and filing of Pre-trial Motion(s) and therefore seek an extension of the pretrial motion of filing deadline by one month. Due to the multiple outstanding discovery items, Defense is requesting a one-month extension of the deadline to file pretrial motions, as it is necessary for effective representation the Defendants. This request is made in good faith, in the interests of justice, and not to unnecessarily delay the proceedings.

7. Undersigned has conferred with counsel for Mr. Ruta and Mr. Adamczyk and they join in this motion.

8. Undersigned has conferred with Assistant United States Attorney Ashley Haynes, who has advised that the government does not oppose the relief sought in this motion.

## MEMORANDUM OF LAW

Local Rule 3.08 states that a party must timely move for a continuance and explain the reason a continuance is justified and the effort to resolve any scheduling conflict. The Defendants argue that this motion satisfies the criteria of the local rule. This request is made in good faith, in the interest of justice, and not to unnecessarily delay the proceedings.

**WHEREFORE**, The Defendants respectfully moves this Honorable Court to extend the time for filing pretrial motions for one month.

DATED this 12th day of February 2025.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 12th day of February 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to listed counsels and :

Ashley Haynes, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender
