# Exhibit A

Photograph used by the Coast Guard to develop
suspicion for stopping the *Nicollet*.

