# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                      **Case No.: 8:24-cr-429-CEH-CPT-1**

**SLAWOMIR WINIEWSKI**

_____ /

## REQUEST FOR EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

The Defendant, Slawomir Winiewski, by and through his attorney,

pursuant to Local Rule 3.01(h) requests an evidentiary hearing on his Motion

to Suppress Evidence, Doc. 40. The time necessary for the hearing should be

approximately two hours.

DATED this 14th day of March 2025.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

_/s/ Ryan J. Maguire_
Ryan J. Maguire, Esq.
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Ashley Haynes, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender