# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                    **Case No.: 8:24-cr-429-CEH-CPT**

**WIESLAW ROBERT RUTA**

_____/

## MOTION TO ADOPT CO-DEFENDANT WINIEWSKI'S MOTION TO SUPPRESS AND MOTION FOR HEARING

The Defendant, Wieslaw Robert Ruta, by and through undersigned counsel pursuant to Federal Rule of Criminal Procedure 47, hereby moves to adopt Co-Defendant Winiewski's Motion to Suppress Evidence (Dkt. #40) and Motion for Hearing (Dkt. #41) which were filed pursuant to the Fourth Amendment to the United States Constitution and Rule 12(b)(3)(C) of the Federal Rules of Criminal Procedure on March 14, 2025.  In support thereof, Mr. Ruta states as follows:

1.      Co-Defendant Winiewski filed his Motion to Suppress Evidence three days ago on March 14, 2025.  The subject of this pleading applies to Mr. Ruta and to his case facts equally.

2.      This Motion to Adopt Co-Defendant Winiewski's Motion to Suppress and Motion for Hearing is filed in the interest of judicial efficiency and economy. The effect of the Court granting this motion will be to avoid the filing of a duplicate pleadings and by undersigned counsel that covers the same subject that has heretofore been filed by co-counsel in this cause.

WHEREFORE, the Defendant, Mr. Ruta, requests this Honorable Court

enter an order allowing it to adopt document numbers 40 and 41 filed by Co-Defendant Winiewski.

Respectfully submitted,

TROMBLEY & HANES


By: /s/ *Wes Trombley*
Wes Trombley
Florida Bar No. 0684953
707 North Franklin Street, 10th Floor
Tampa, Florida 33602
Telephone: (813) 229-7918
Facsimile: (813) 223-5204
Email: wtrombley@trombleyhaneslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 17, 2025, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF System, which will then serve all parties in the case using CM/ECF.

/s/ *Wes Trombley*
Wes Trombley