UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

### Case Number: 8:24-cr-429-CEH-CPT

---

**UNITED STATES OF AMERICA**

**v.**

**SLAWOMIR WINIEWSKI**
**WIESLAW ROBERT RUTA**
**PIOTR MAREK ADAMCZYK**

**Government's Counsel:**
Ashley Haynes, DOJ-USAO

**Defendants' Counsel:**
Ryan J. Maguire, AFPD
Wesley E. Trombley, CJA *(Not Present)*
Omar Abdelghany, CJA *(Not Present)*

| | |
|---|---|
| **Judge: Charlene Edwards Honeywell** | **Date:** March 18, 2025 |
| **Court Reporter:** Sharon A. Miller | **Interpreter:** N/A |
| **Time:** 9:56 A.M. – 10:00 A.M. | **Total:** 4 Minutes |
| **Deputy Clerk:** Charmaine A. Black | **Courtroom:** *via* Zoom |

**PROCEEDING: ZOOM STATUS CONFERENCE**

Court in session.

Counsel appears *via* Zoom video conference and is identified for the record.

Mr. Maguire stands in for Mr. Trombley and Mr. Abdelghany.

On March 14, 2025, Mr. Maguire filed a Motion to Suppress Evidence (Doc. 40) and Request for Evidentiary Hearing on Defendant's Motion to Suppress Evidence (Doc. 41) on behalf of Defendant Winiewski.

Defendants Ruta and Adamczyk join in the motion.

The Government will be given an opportunity to respond to the motions.

Defendants request a 3-cycle continuance.

Defendants' oral motion for a 3-cycle continuance is **GRANTED**, for reasons stated on the record. The Government had no objection.

After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendants to a speedy trial.

This case is continued to the **JULY 2025** trial term commencing July 7, 2025.

A Zoom status conference will be held on June 17, 2025, at 9:30 A.M.

Court adjourned.