# Exhibit A

# Response from Poland



# POLICE CENTRAL BUREAU OF INVESTIGATION
## DEPARTMENT FOR COMBATING ORGANISED DRUG CRIME

38 Podchorążych Street; 00-463 Warszawa;
tel. +48 47 72 127 00 fax. +48 47 72 127 50
wpn@cbsp.policja.gov.pl

Brussels, 20th September 2024

**Commander Eric C. Paré**

**U.S. Coast Guard**
**Liaison to Department of State**
**Bureau of International Narcotics and Law Enforcement Affairs**

*Topic: Confirmation of the identification number of the vessel NICOLLET*

Dear Commander,

following your request related to the ship "**NICOLLET**" (registration number POL14844, master Slawomir Wisniewski) I would like to inform you that there is currently **no boat registered** in Poland with this data.

I conducted OSINT research regarding the vessel named "NICOLLET." According to the data available on Vessel Finder, it is flagged under Poland with MMSI 261028810. However, after verifying this information (as MMSI starting with 261 indicates registration in Poland), I can confirm that no vessel with this MMSI number is currently registered under the Polish flag.

In our boat register we have one ship owned by:

Sławomir WIŚNIEWSKI, dob. 23/08/1974 (owner of boat VOLCIK, r/n POL000GVJ, produced by Ostroda YACHT, model: Rybitwa)

Please check whether it is the same person or boat.

Regarding any possible further request to board the vessel on the high seas (and further activities), I would like to kindly inform you that unfortunately due to the ongoing legislation proceeding I am not allowed to issue this kind of approval.

You can find more information in the Competent National Authorities Directory related to art. 17 of the Convention against Illicit Traffic in Narcotic Drugs and Psychotropic Substances of 1988.

Yours sincerely.

/ - /
**Major Michał Aleksandrowicz**

Head of the Organised Drug Crime Department
Police Central Bureau of Investigation

DISC-00178