# Exhibit B

# Smooth Log September 20, 2024

## DEPARTMENT OF HOMELAND SECURITY
## U.S. COAST GUARD

# LOG-WEATHER OBSERVATION AND OPERATIONAL SUMMARY SHEET

| VESSEL | Zone Description | Day of Week | Date *(MM/DD/YYYY)* |
|---|---|---|---|
| USCGC RESOLUTE (WMEC 620) | +4 QUEBEC | Friday | 09/20/2024 |

## 1. WEATHER OBSERVATIONS

| Time | Distance Traveled Miles *(tenths)* | Winds If Estimated Direction *(True)* | Winds If Estimated Force *(Knots)* | Visibility *(Miles)* | Help Weather *(Symbols)* | Barometer *(Inches)* Sea Level | Temperature *(°F)* Dry Bulb | Temperature *(°F)* Wet Bulb | Clouds Amount *(tenths)* | Help Type | Sea Water Temp *(°F)* | Ice Condition Amount *(tenths)* | Ice Condition Type | Help Ice Thickness *(Feet)* | Sea Waves Direction *(True)* | Sea Waves Height *(Feet)* | Swell Waves Direction *(True)* | Swell Waves Height *(Feet)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 5.80 | 078 | 15 | 10 | SCT | 29.69 | 86 | 82 | 4 | CU – Cumul | 88 | | | | 078 | 1 | 298 | 3 |
| 02 | 6.60 | 075 | 28 | 10 | SCT | 29.68 | 86 | 82 | 4 | CU – Cumul | 88 | | | | 075 | 1 | 296 | 3 |
| 03 | 6.40 | 089 | 16 | 10 | SCT | 29.65 | 86 | 82 | 4 | CU – Cumul | 88 | | | | 089 | 1 | 255 | 3 |
| 04 | 8.10 | 084 | 22 | 10 | SCT | 29.64 | 85 | 82 | 4 | CU – Cumul | 86 | | | | 084 | 1 | 100 | 3 |
| 05 | 8.50 | 084 | 21 | 10 | SCT | 29.63 | 85 | 82 | 2 | SC – Strat | 86 | | | | 084 | 1 | 076 | 3 |
| 06 | 5.00 | 090 | 13 | 10 | BKN | 29.64 | 85 | 82 | 7 | ST – Strat | 86 | | | | 050 | 1 | 050 | 2 |
| 07 | 7.80 | 074 | 25 | 10 | BKN | 29.66 | 86 | 82 | 7 | ST – Strat | 86 | | | | 074 | 1 | 060 | 4 |
| 08 | 9.90 | 086 | 21 | 10 | BKN | 29.68 | 85 | 82 | 4 | SC – Strat | 92 | | | | 082 | 1 | 095 | 4 |
| 09 | 4.40 | 081 | 19 | 10 | BKN | 29.68 | 88 | 82 | 4 | SC – Strat | 92 | | | | 053 | 1 | 045 | 4 |
| 10 | 5.30 | 109 | 23 | 10 | BKN | 29.70 | 86 | 82 | 4 | CC – Cirro | 92 | | | | 012 | 1 | 009 | 4 |
| 11 | 4.20 | 104 | 18 | 10 | BKN | 29.71 | 89 | 83 | 4 | CU – Cumul | 92 | | | | 085 | 1 | 104 | 4 |
| 12 | 2.70 | 099 | 18 | 10 | BKN | 29.71 | 90 | 84 | 6 | CU – Cumul | 92 | | | | 090 | 1 | 110 | 4 |
| 13 | 3.30 | 103 | 17 | 10 | SCT | 29.71 | 90 | 83 | 5 | CU – Cumul | 92 | | | | 090 | 1 | 110 | 4 |
| 14 | 2.70 | 105 | 13 | 10 | SCT | 29.69 | 90 | 86 | 5 | NS – Nimbo | 92 | | | | 105 | 1 | 111 | 3 |
| 15 | 2.30 | 084 | 14 | 10 | SCT | 29.70 | 90 | 86 | 5 | NS – Nimbo | 92 | | | | 084 | 1 | 111 | 3 |
| 16 | 1.40 | 105 | 11 | 10 | SCT | 29.68 | 90 | 84 | 5 | CU – Cumul | 92 | | | | 105 | 1 | 076 | 3 |
| 17 | 4.40 | 106 | 16 | 10 | SCT | 29.68 | 90 | 84 | 5 | CU – Cumul | 92 | | | | 106 | 1 | 080 | 3 |
| 18 | 2.40 | 090 | 11 | 10 | BKN | 29.66 | 90 | 84 | 6 | CU – Cumul | 90 | | | | 090 | 1 | 090 | 3 |
| 19 | 5.00 | 089 | 10 | 10 | SCT | 29.66 | 87 | 83 | 4 | CU – Cumul | 90 | | | | 089 | 1 | 107 | 2 |
| 20 | 4.40 | 092 | 08 | 10 | SCT | 29.68 | 86 | 82 | 2 | ST – Strat | 86 | | | | 092 | 1 | 115 | 2 |
| 21 | 3.20 | 072 | 14 | 10 | SCT | 29.72 | 86 | 82 | 2 | SC – Strat | 86 | | | | 072 | 1 | 055 | 2 |
| 22 | 4.80 | 081 | 12 | 10 | SCT | 29.74 | 86 | 82 | 3 | SC – Strat | 86 | | | | 081 | 1 | 064 | 2 |
| 23 | 4.90 | 073 | 17 | 10 | SCT | 29.75 | 86 | 82 | 3 | SC – Strat | 86 | | | | 073 | 1 | 073 | 2 |
| 24 | 3.90 | 072 | 14 | 10 | SCT | 29.75 | 86 | 82 | 3 | SC – Strat | 86 | | | | 072 | 1 | 044 | 2 |
| Total | 131.7 | | | | | | | | | | | | | | | | | |

**NOTE:** click "Help" boxes or refer to page 3 to determine appropriate codes for "Weather (Symbols)", "Cloud Type", and "Ice Condition Type" columns.

## 2. OPERATIONAL SUMMARY

### Status at 0001

| | |
|---|---|
| Material Condition: | YOKE |
| Readiness Condition: | IV |
| Operational Status: | ALPHA |
| Mission: | COUNTER DRUG |

Machinery Condition and Discrepancies:
NR1 MDE ONLINE NR2 MDE ONLINE
NR2 SSDG ONLINE NR1 SSDG SECURED

Electronic/Communication Condition and Discrepancies:

| | | | |
|---|---|---|---|
| Sunrise: | 0647 | Sunset: | 1855 |
| Draft: FWD | 10'1" | AFT: | 11'9 |

### Check List

| Check List | Time | Initials |
|---|---|---|
| 1. Held quarters | | |
| 2. Held evening reports | 1800 | TPM |
| 3. Magazines inspected | 1117 | DR |

**4a. Max temp:** 98
**4b. Min temp:** 71

### Drills and Training

| Began | Ended | Type |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| Personnel | Authorized | Attached | Leave | TAD | Other | On Board |
|---|---|---|---|---|---|---|
| Officers | 12 | 12 | 0 | 0 | | 12 |
| Enlisted | 66 | 63 | 1 | 8 | 2 | 57 |

| Examined By: | Approved By: |
|---|---|
| PENNY.RAEFORD.CLINTON.1502256323 — Digitally signed by PENNY.RAEFORD.CLINTON.1502256323 Date: 2024.09.22 10:06:29 -04'00' | STARR.IAN.MICHAEL.1256901990 — Digitally signed by STARR.IAN.MICHAEL.1256901990 Date: 2024.09.22 12:39:51 -04'00' |
| USCG        Navigator/XO | USCG        Commanding Officer |

55