UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:24-cr-00429-CEH-CPT

SLAWOMIR WINIEWSKI, ET AL.

### **NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby respectfully requests that the Clerk of Court

substitute the undersigned as government counsel for Special Assistant United States

Attorney Ashley Haynes.

Respectfully submitted,

GREOGY W. KEHOE
United States Attorney

By:   */s/ David Rehfuss*
David Rehfuss
Special Assistant United States Attorney
United States Attorney No. 228
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Rehfuss@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 20, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Counsels of Record

> */s/ David Rehfuss*
> David Rehfuss
> Special Assistant United States Attorney
> United States Attorney No. 228
> 400 N. Tampa Street, Suite 3200
> Tampa, Florida 33602-4798
> Telephone: (813) 274-6000
> Facsimile: (813) 274-6358
> E-mail: David.Rehfuss@usdoj.gov