# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                           **Case No.: 8:24-cr-429-CEH-CPT-1**

**Plaintiff,**      ☐
**Government**   ☐

☐ **Evidentiary**
☐ **Trial**
☒ **Other**

**v.**

**SLAWOMIR WINIEWSKI**
_____ /

**Defendant**      ☒

## DEFENDANT'S SUPPLEMENTAL EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Bates Number | Description of Exhibit |
|---|---|---|---|---|
| C | | | | Locations and Approximate Route of the *Nicollet*. |
| D | | | | Figures from various sailing texts. D-1: THOMAS FLEMING DAY, ON YACHT SAILING: A SIMPLE TREATISE FOR BEGINNERS UPON THE ART OF HANDLING SMALL YACHTS AND BOATS, 34 (1904). D-2: A. HYATT VERRILL, THE BOOK OF THE SAILBOAT: HOW TO RIG, SAIL AND HANDLE SMALL BOATS, 71 |

| Exhibit Number | Date Identified | Date Admitted | Bates Number | Description of Exhibit |
|---|---|---|---|---|
| | | | | (1916).<br><br>D-3: A.J. KENEALY, BOAT SAILING IN FAIR WEATHER AND FOUL, 134 (6th ed. 1903) |
| E | | | | Weather Data from NOAA Buoy Station 42058 - Central Caribbean – 210 NM SSE of Kingston, Jamaica<br><br>E-1: Summary of Data for September 20, 2024<br><br>E-2: Description of Data File<br><br>E-3: Full Data (Electronic File) |