# Exhibit C

Locations and Approximate Route of the *Nicollet*.



**Exhibit C**

Locations and Approximate Route of Nicollet