## CLERK'S MINUTES

### Case Number: 8:24-cr-429-CEH-CPT

**UNITED STATES OF AMERICA**

**v.**

**SLAWOMIR WINIEWSKI (1)**
**WIESLAW ROBERT RUTA (2)**
**PIOTR MAREK ADAMCZYK (3)**

**Government's Counsel:**
David Rehfuss, DOJ-USAO

**Defendants' Counsel:**
Ryan J. Maguire, AFPD (1)
Wesley E. Trombley, CJA (2)
Omar Abdelghany, CJA (3)

| | |
|---|---|
| **Judge: Charlene Edwards Honeywell** | **Date:** May 27, 2025 |
| **Court Reporter:** Sharon A. Miller | **Polish Interpreter:** George Koverdan |
| **Time:** 1:47 P.M. – 2:38 P.M. | **Total:** 51 Minutes |
| **Deputy Clerk:** Charmaine A. Black | **Courtroom:** 13A |

**PROCEEDING: ORAL ARGUMENT**

Court in session.

This matter is before the Court today for oral argument on Defendants' Motion to Suppress Evidence (Doc. 40).

All parties are present in the courtroom, and counsel is identified for the record.

Polish Interpreter is sworn.

The Court hears oral argument from counsel.

The Court inquires.

As stated on the record, Government's Exhibit at Doc. 50-1 and Defendants' Exhibits A, B, and E are admitted into evidence.

Defendants' Exhibits C and D are construed as demonstrative aids.

A written Order will follow.

Court is adjourned.