UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

**v.**

**SLAWOMIR WINIEWSKI (1)**
**WIESLAW ROBERT RUTA (2)**
**PIOTR MAREK ADAMCZYK (3)**

Case No.: 8:24-cr-429-CEH-SPF

**Evidentiary** ___✓___

**Trial** _____

**Sentencing** _____

| GOVERNMENT'S MOTION HEARING EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 1 | 05/27/2025 | 05/27/2025 | _____ | United States Department of State Certification for the Maritime Drug Law Enforcement Act Case Involving Sailing Vessel Nicollet (TWON) Federal Drug Identification Number (FDIN) 2024231392 dated October 17, 2024 |