

**United States Department of State**

*Washington, D.C. 20520*

**October 17, 2024**

**CERTIFICATION FOR THE MARITIME DRUG LAW ENFORCEMENT ACT
CASE INVOLVING SAILING VESSEL NICOLLET (TWON)
FEDERAL DRUG IDENTIFICATION NUMBER (FDIN) — 2024231392**

I, Commander Eric C. Paré, USCG, declare and certify as follows:

1.  That I have been assigned as the Coast Guard Liaison Officer to the Bureau of International Narcotics and Law Enforcement Affairs, U.S. Department of State, since June 26, 2024;

2.  That in my official capacity, I have been designated by the Secretary of State, through the Assistant Secretary of State for International Narcotics and Law Enforcement Affairs, to make certifications under 46 U.S.C. § 70502(c)(2) and (d)(2) and 18 U.S.C. § 2237(d);

3.  That I make the following statements based upon my personal knowledge and upon information furnished to me in the course of my official duties and that, under penalty of perjury, they are true and correct;

4.  That on or about September 20, 2024, U.S. law enforcement personnel detected a sailing vessel in approximate position 14.53N, 074-29W, seaward of any State's territorial sea. U.S. law enforcement officials reasonably suspected the vessel of illicit drug trafficking.  The vessel displayed a Polish flag and registration numbers POL14844;

5.  That on or about September 20, 2024, under Article 17 of the U.N. Convention Against Illicit Traffic in Narcotic Drugs and Psychotropic Substances, the Government of the United States requested that the Government of the Republic of Poland confirm or deny the vessel's registry and, if confirmed, grant authorization to board and search the vessel;

6.  That on or about September 20, 2024, the Government of Poland denied registry of the vessel;

7.  That during the course of the law enforcement boarding of the suspect go-fast vessel, U.S. law enforcement officials discovered no additional evidence of vessel nationality or registry to corroborate or contradict the claim of Polish nationality for the vessel;

25003255-5

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

tify That Eric C. Pare, whose name is subscribed to the document hereunto annexed, was at of subscribing the same Commander, U. S. Coast Guard, Maritime Law Enforcement Officer, st Guard Liaison Officer to the Bureau of International Narcotics and Law Enforcement epartment of State, United States of America, and that full faith and credit are due to his acts

*This certificate is not valid if it is removed or altered in any way whatsoever*



In testimony whereof, I, Antony J. Blinken, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this seventeenth day of October, 2024.

Secretary of State

By

Assistant Authentication Officer,
Department of State

*Issued p        to CF        ate of*
*Sept. 15        1 Sta        ; 22*
*USC 26.        SC 26        USC*
*301; 28        733 et.        USC*
*1443(f);        4 Fede        s of*
*Civil Proc*

8.   That, accordingly, the vessel is subject to U.S. jurisdiction under 46 U.S.C. § 70502(c)(1); and

9.   That U.S. law enforcement officials recovered approximately 743 kilograms of contraband, which tested positive as suspected cocaine.

Executed on October 17, 2024.

Eric C. Paré
Commander, U.S. Coast Guard
Maritime Law Enforcement Officer
U.S. Coast Guard Liaison Officer to the Bureau of
International Narcotics and Law Enforcement Affairs
U.S. Department of State