**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No.: 8:24-cr-429-CEH-SPF** |
| **v.** | **Evidentiary**   ✓ |
| **SLAWOMIR WINIEWSKI (1)** | **Trial**   _____ |
| **WIESLAW ROBERT RUTA (2)** | |
| **PIOTR MAREK ADAMCZYK (3)** | **Sentencing**   _____ |

## DEFENDANTS' MOTION HEARING EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| A | 05/27/2025 | 05/27/2025 | _____ | **Photograph** |
| B | 05/27/2025 | 05/27/2025 | _____ | **Registration Documents** |
| C | 05/27/2025 | 05/27/2025 | *(Demonstrative Aid)* | **Locations and Approximate Route of the Nicollet.** |
| D | 05/27/2025 | 05/27/2025 | *(Demonstrative Aid)* | **Figures from various sailing texts. D-1: THOMAS FLEMING DAY, ON YACHT SAILING: A SIMPLE TREATISE FOR BEGINNERS UPON THE ART OF HANDLING SMALL YACHTS AND BOATS, 34 (1904). D-2: A. HYATT VERRILL, THE BOOK OF THE SAILBOAT: HOW TO RIG, SAIL AND HANDLE SMALL BOATS, 71 (1916). D-3: A.J. KENEALY, BOAT SAILING IN FAIR WEATHER AND FOUL, 134 (6th ed. 1903)** |
| E | 05/27/2025 | 05/27/2025 | _____ | **Weather Data from NOAA Buoy Station 42058 - Central Caribbean – 210 NM SSE of Kingston, Jamaica E-1: Summary of Data for September 20, 2024 E-2: Description of Data File E-3: Full Data (Electronic File)** |