# Exhibit A

Photograph used by the Coast Guard to develop suspicion for stopping the *Nicollet*.

