# Exhibit B

Copy of Registration Documents of the *Nicollet*.



# RZECZPOSPOLITA POLSKA
## *REPUBLIC OF POLAND*

# CERTYFIKAT JACHTOWY
## *Certificate of Sea-Going Yacht*

ZARZĄD POLSKIEGO ZWIĄZKU ŻEGLARSKIEGO ZAŚWIADCZA,
ŻE NIŻEJ OPISANY JACHT O POLSKIEJ PRZYNALEŻNOŚCI,
MA PRAWO PODNOSZENIA POLSKIEJ BANDERY
I ZOSTAŁ WPISANY DO POLSKIEGO REJESTRU JACHTÓW

*The National Board of the Polish Yachting Association hereby certifies that
the yacht described below has the Polish national status and is entitled to fly
the Polish flag and is entered in the Polish Register of Sea-Going Yachts*

| | |
|---|---|
| Numer rejestracyjny<br>*Registration Number* | **POL 14844** |
| Nazwa<br>*Name* | **NICOLLET** |
| Nazwy poprzednie<br>*Previous names* | ---------------- |
| Port macierzysty<br>*Port of Registry* | **GDAŃSK** |
| Właściciel/*Owner*<br>Adres/*Address*<br>PESEL/REGON | **WALDEMAR ELRYK<br>UL. NOWA B/6<br>89-210 ŁABISZYN<br>PESEL: 70030310499** |
| Armator/*Yacht's operator*<br>Adres/*Address*<br>PESEL/REGON | **SAILING SPA WALDEMAR ELERYK<br>UL. ŚRODKOWA 4A LOK. 4<br>73-110 STARGARD SZCZECIŃSKI<br>REGON: 812496900** |

DISC-00248

JACHT ŻAGLOWY KOMERCYJNY
SAILING COMMERCIAL YACHT

| Długość jachtu<br>*Length of yacht* | **14,06** | **m** | Szerokość jachtu<br>*Beam of yacht* | **4,48** | **m** |
|---|---|---|---|---|---|
| Typ ożaglowania<br>*Type of rig* | **SLUP** | | Pomiarowa powierzchnia ożaglowania<br>*Projected sail area* | **119,0** | **m²** |

| Materiał główny kadłuba<br>*Material of hull* | **LAMINAT PS**<br>**GRP (GLASS REINFORCED PLASTIC)** |
|---|---|

| Nr identyfikacyjny kadłuba<br>*Hull identification number (HIN)* | **PL-DELPR009L415** |
|---|---|

| **DELPHIA YACHTS KOT SP. J.**<br>**OLECKO, POLSKA** | Typ budowy<br>*Type of building* | **DELPHIA 46CC** |
|---|---|---|
| Budowniczy<br>*Builder* | Rok budowy<br>*Year of building* | **2014** |

**VOLVO PENTA D2-75, WBUDOWANY/INBOARD, 5103980682X**

| Silnik – wytwórca, typ, numer<br>*Engine – maker, type, number* | Moc/*Power* | **52,9** | **kW** |
|---|---|---|---|

z up. Prezesa

**Zbigniew STOSIO**
**Sekretarz Generalny**

POLSKI ZWIĄZEK ŻEGLARSKI -4-

**WARSZAWA, 26.11.2014**

Miejscowość, data
*Place, date*

Podpis i pieczęć
*Signature and stamp*

UWAGA / *Notice*

W RAZIE ZMIANY DANYCH DOTYCZĄCYCH JACHTU,
WŁAŚCICIELA LUB ARMATORA, NALEŻY NIEZWŁOCZNIE POWIADOMIĆ
POLSKI ZWIĄZEK ŻEGLARSKI
*In case of any changes to yacht's particulars or ownership,*
*the Polish Yachting Association shall be informed immediately.*

POLSKI ZWIĄZEK ŻEGLARSKI / *Polish Yachting Association*
al. ks. J. Poniatowskiego 1, 03–901 Warszawa, Poland
tel.: +48 22 541 63 63, fax: +48 22 541 63 69      e-mail: pyaoffice@pya.org.pl

NINIEJSZY CERTYFIKAT WYDANO NA PODSTAWIE ART. 23 §3
USTAWY Z DNIA 18 WRZEŚNIA 2001 R. KODEKS MORSKI
(Dz. U. z 2001 r.  nr  138 poz. 1545, z późn. zm.).
*This certificate has been issued by virtue of art. 23 §3  of the Maritime Code*
*of 18 September 2001 (Journal of laws of 2001 No. 138, item 1545).*

| Numer druku<br>*Card number* | **Nr.  016252** |
|---|---|

DISC-00249

 

**POLSKI ZWIĄZEK ŻEGLARSKI    POLISH YACHTING ASSOCIATION**

al. ks. J. Poniatowskiego 1, 03-901 Warszawa, tel. 22 541 63 63, fax: 22 541 63 69
e-mail: pyabiuro@pya.org.pl, pyaoffice@pya.org.pl, website: www.pya.org.pl

Warszawa, dn. **26 LISTOPADA 2014 R.**

# D E C Y Z J A

Zarząd Polskiego Związku Żeglarskiego w Warszawie na podstawie Rozporządzenia Ministra Infrastruktury z dnia 30 kwietnia 2004 r. w sprawie nadawania i zatwierdzania nazwy statku morskiego (Dz. U. z 2004 r. nr 118 poz. 1237) zatwierdza nazwę: _____ **NICOLLET** _____
dla niżej opisanego jachtu:

Poprzednia nazwa:  ----------------
Numer rejestracyjny:  **POL 14844**
Port macierzysty:  **GDAŃSK**
Sygnał wywoławczy:  ----------------
Wymiary główne jachtu:
    długość:  **14,06**  m  zanurzenie min/max:  **2,30**  m
    szerokość:  **4,48**  m  wysokość boczna:  -----  m
Rodzaj napędu głównego:  **ŻAGLOWY**
ożaglowanie: typ  **SLUP**  pow. pomiarowa:  **119,0**  m²
silnik: typ:  **WBUDOWANY**  wytwórca i model:  **VOLVO PENTA D2-75**
    numer:  **5103980682X**  moc  **52,9**  kW  **72**  KM
Kadłub: liczba kadłubów:  **1**  gł. materiał kadłuba:  **LAMINAT PS**
    nr kadłuba/HIN/CIN:  **PL-DELPR009L415**
Nazwa budowniczego:  **DELPHIA YACHTS KOT SP. J.**
Miejsce budowy:  **OLECKO, POLSKA**  rok budowy:  **2014**
Typ jachtu:  **DELPHIA 46CC**  konstruktor:  **ANDRZEJ SKRZAT**
Przeznaczenie jachtu:  **KOMERCYJNE**
Właściciel/współwłaściciele:
    **WALDEMAR ELRYK, UL. NOWA B/6, 89-210 ŁABISZYN**
    **PESEL: 70030310499**
Armator:
    **SAILING SPA WALDEMAR ELERYK, REGON: 812496900**
    **UL. ŚRODKOWA 4A LOK. 4, 73-110 STARGARD SZCZECIŃSKI**

Od niniejszej decyzji przysługuje odwołanie do Ministra Sportu i Turystyki w Warszawie w terminie 14 dni od dnia jej doręczenia.

z up. Prezesa

**Zbigniew STOSIO**
**Sekretarz Generalny**

pieczęć

DISC-00250