# Exhibit D

Figures from various sailing texts.

D-1: THOMAS FLEMING DAY, ON YACHT SAILING: A SIMPLE TREATISE FOR BEGINNERS UPON THE ART OF HANDLING SMALL YACHTS AND BOATS, 34 (1904).

D-2: A. HYATT VERRILL, THE BOOK OF THE SAILBOAT: HOW TO RIG, SAIL AND HANDLE SMALL BOATS, 71 (1916).

D-3: A.J. KENEALY, BOAT SAILING IN FAIR WEATHER AND FOUL, 134 (6th ed. 1903).



DIAGRAM B.—BEATING OR SAILING TO WINDWARD. BOAT, DOTTED LINES, IS ON STARBOARD TACK; BOAT, FILLED LINES, IS ON PORT TACK.



SAILING

1—Before the wind or running free. 2—With wind on the quarter. 3—Beam wind or reaching. 4—Head wind or close hauled. 5—Tacking or beating to windward. 6—Going about with boat carrying a jib. 7—Making a long and short leg. 8—How a wind acts on a boat close hauled. 9—Jibing. 10—Wearing ship. 11—Tacking off the wind to avoid beam seas.



Diagram No. 6.
Dead Beat to Windward.