# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO: 8:24-cr-429-CEH-CPT

SLAWOMIR WINIEWSKI (1),
WIESLAW ROBERT RUTA (2), and
PIOTR MAREK ADAMCZYK (3)

_____/

## **O R D E R**

This cause is before the Court following a status conference held on June 17, 2025. At the hearing, defense counsel moved for a continuance of the trial until the September 2025 trial term. The Government had no objection.

For the reasons stated on the record at the status conference, Defendants' oral motion is **GRANTED, in part**. This case is continued until the **AUGUST 2025** trial term, commencing August 4, 2025. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendants to a speedy trial. The Court, therefore, determines that the time from today until the end of the August 2025 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Another status conference is scheduled for **JULY 15, 2025, at 9:30 a.m.** before the undersigned.

**DONE AND ORDERED** in Tampa, Florida on June 20, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel of Record