# July 30, 2024 (Adamczyk's phone)

- Nicollet removed from the water for work.

- Name: VID-20240730-WA0029.mp4

- Source file: EXTRACTION_FFS.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Media/WhatsApp Video/Sent/VID-20240730-WA0029.mp4 : 0x0



DISC-00863

# July 31, 2024 (Adamczyk's phone)

- Winiewski working on Nicollet

- Name: 296469.jpg

- Source file: EXTRACTION_FFS.zip/data/media/0/Pictures/.thumbnails/296469.jpg : 0x0



DISC-00864

# July 31, 2024 (cont.) (Adamczyk's phone)

- Ruta working on Nicollet

- Name: 296459.jpg

- Source File: EXTRACTION_FFS.zip/data/media/0/Pictures/.thumbnails/296459.jpg : 0x0



DISC-00865

# August 1, 2024 (Adamczyk's phone)

- Work begins on Nicollet

- Name: VID-20240801-WA0037.mp4

- Source file: EXTRACTION_FFS.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Media/WhatsApp Video/Sent/VID-20240801-WA0037.mp4 : 0x0



DISC-00866

# August 1, 2024 (cont.) (Adamczyk's phone)

- Power tools for cutting

- Name: 20240801_105413.jpg

- Source file: EXTRACTION_FFS.zip/data/media/0/DCIM/Camera/20240801_105413.jpg : 0x0



DISC-00867

# August 1, 2024 (cont.) (Adamczyk's phone)

- More power tools for cutting

- Name: 20240801_105417.jpg

- Source file: EXTRACTION_FFS.zip/data/media/0/DCIM/Camera/20240801_105417.jpg : 0x0



DISC-00868

# August 1, 2024 (cont.) (Adamczyk's phone)

- Ruta working on Nicollet interior

- Name: 297103.jpg

- Source file: EXTRACTION_FFS.zip/data/media/0/Pictures/.thumbnails/297103.jpg : 0x0



DISC-00869

# August 4, 2024 (Adamczyk's phone)

- Work continues on Nicollet

- Name: 298115.jpg

- Source file: EXTRACTION_FFS.zip/data/media/0/Pictures/.thumbnails/298115.jpg : 0x0



DISC-00870

# August 6, 2024 (Adamczyk's phone)

- Interior work on Nicollet

- Name: 20240806_134251.jpg

- Source file: EXTRACTION_FFS.zip/data/media/0/DCIM/Camera/20240806_134251.jpg : 0x0



DISC-00871

# Aug 8, 2024 (Adamczyk's phone)

- Interior compartment in Nicollet

- Name: 20240808_100616.jpg

- Source file: EXTRACTION_FFS.zip/data/media/0/DCIM/Camera/20240808_100616.jpg : 0x0



DISC-00872

DISC-00873

# August 11, 2024 (Winiewski's iPhone 11)

- Multi function saw blades

- Name: cplAZT_fh2zKHPjY7rVdnetrYGJxWat.mov

- Source file: 00008030-000260920A6A802E_files_full.zip/private/var/mobile/Media/PhotoData/CPL/storage/filecache/AZT/cplAZT_fh2zKHPjY7rVdnetrYGJxWat.mov : 0x0



# August 13, 2024 (Adamczyk's phone)

- Nicollet interior exposed compartments

- Name: IMG-20240813-WA0020.jpg

- Source file: EXTRACTION_FFS.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Media/WhatsApp Images/IMG-20240813-WA0020.jpg : 0x0



DISC-00874

# August 13, 2024 (Adamczyk's phone)

- Shopping for paneling covers
- Name: 20240813_102941.jpg
- Source file: EXTRACTION_FFS.zip/data/media/0/DCIM/Camera/20240813_102941.jpg : 0x0



DISC-00875

# August 13 (cont.) (Winiewski's iPhone11)

- Shopping for paneling covers
- Name: cplAVzbHqGkjvqwoNX0FszdKD_6Toa0.mov
- Source file: 00008030-000260920A6A802E_files_full.zip/private/var/mobile/Media/PhotoData/CPL/storage/filecache/AVz/cplAVzbHqGkjvqwoNX0FszdKD_6Toa0.mov : 0x0



DISC-00876

# August 13 (cont.) (Winiewski's iPhone11)

- Shopping for paneling covers
- Name: cplAZ_q4JPUKmr9sX8KsP2HXJlTG8Nn.mov
- Source file: 00008030-000260920A6A802E_files_full.zip/private/var/mobile/Media/PhotoData/CPL/storage/filecache/AZ_/cplAZ_q4JPUKmr9sX8KsP2HXJlTG8Nn.mov : 0x0



DISC-00877

# Compare Adamczyk and Winiewski's photos with CG Photo



Adamczyk Photo




CG Boarding Officer Photo



Winiewski video

DISC-00878

# August 14, 2024 (Winiewski's iPhone 11)

- Drawings/measurements of compartment

- Name: 5005.JPG

- Source file: 00008030-000260920A6A802E_files_full. zip/private/var/mobile/Media/PhotoData/Thumbnails/V2/DCIM/104APPLE/IMG_4195.HEIC/5005.JPG : 0x0



DISC-00879

# August 15, 2024 (Winiewski's iPhone 11)

- Nicollet interior compartment work

- Name: 5005.JPG

- Source file: 00008030-000260920A6A802E_files_full.zip/private/var/mobile/Media/PhotoData/Thumbnails/V2/DCIM/104APPLE/IMG_4250.HEIC/5005.JPG : 0x0



DISC-00880

# August 15, 2024 (Winiewski's iPhone 11)

- Nicollet interior compartment work

- Name: 5005.JPG

- Source file: 00008030-000260920A6A802E_files_full.zip/private/var/mobile/Media/PhotoData/Thumbnails/V2/DCIM/104APPLE/IMG_4247.HEIC/5005.JPG : 0x0



DISC-00881

# August 15, 2024 (Winiewski's iPhone 11)

- Nicollet interior compartment work

- Name: 5005.JPG

- Source file: 00008030-000260920A6A802E_files_full.zip/private/var/mobile/Media/PhotoData/Thumbnails/V2/DCIM/104APPLE/IMG_4248.HEIC/5005.JPG : 0x0



DISC-00882

# August 15, 2024 (Winiewski's iPhone 11)

- Nicollet interior compartment work

- Name: 5005.JPG

- Source file: 00008030-000260920A6A802E_files_full.zip/private/var/mobile/Media/PhotoData/Thumbnails/V2/DCIM/104APPLE/IMG_4249.HEIC/5005.JPG : 0x0



DISC-00883

# August 15, 2024 (Winiewski's iPhone 11)



- Nicollet interior compartment work
- Name: 5005.JPG
- Source file: 00008030-0002609 20A6A802E_files_full.zip/private/var/mobile/Media/PhotoData/Thumbnails/V2/DCIM/104APPLE/IMG_4252.HEIC/5005.JPG : 0x0

DISC-00884

# Tool used to make hidden compartment



Winiewski's Photo



Winiewski's Photo



Adamczyk's Photo

## Compare Winiewski photo with CG photo





DISC-00886

# August 16, 2024 (Adamczyk's phone)

- Work continues on Nicollet

- Name: IMG-20240816-WA0015.jpg

- Source file: EXTRACTION_FFS.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Media/WhatsApp Images/IMG-20240816-WA0015.jpg : 0x0



DISC-00887

# August 16, 2024 (Adamczyk's phone)

- Work continues on Nicollet

- Name: IMG-20240816-WA0023.jpg

- Source file: EXTRACTION_FFS.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Media/WhatsApp Images/IMG-20240816-WA0023.jpg : 0x0



DISC-00888

# August 18, 2024 (Winiewski's iPhone 11)

- Nicollet interior work continues

- Name: 5005.JPG

- Source file: 00008030-000260920A6A802E_files_full.zip/private/var/mobile/Media/PhotoData/Thumbnails/V2/DCIM/104APPLE/IMG_4309.HEIC/5005.JPG : 0x0



DISC−00889

# August 18, 2024 (Winiewski's iPhone 11)

- Nicollet interior work continues

- Name: 5005.JPG

- Source file: 00008030-000260920A6A802E_files_full.zip/private/var/mobile/Media/PhotoData/Thumbnails/V2/DCIM/104APPLE/IMG_4316.JPG/5005.JPG : 0x0



DISC-00890

# August 18 (cont.) (Ruta's Samsung Galaxy)

- Work continues on Nicollet

- Name: 4daee0916842bc6f82bcb264604a2af8c4bf85df0e61566bf9adca0c9a207b8f.0

- Source file: XTRACTION_FFS.zip/data/data/com.google.android.providers.media.module/cache/image_manager_disk_cache/4daee0916842bc6f82bcb264604a2af8c4bf85df0e61566bf9adca0c9a207b8f.0 : 0x0



DISC-00891

# August 21, 2024 (Winiewski's iPhone 12)

- Nicollet work complete, Ruta and Adamczyk observe vessel transport

- Name: IMG_0007.MOV

- Source file: 00008101-00142CC41A04001E_files_full.zip/private/var/mobile/Media/DCIM/100APPLE/IMG_0007.MOV : 0x0



DISC-00892