**UNITED STATES OF AMERICA,**

**v.**                                             **Case No.: 8:24-cr-429-CEH-CPT-1**

**SLAWOMIR WINIEWSKI /**

## MOTION TO WAIVE DEFENSE COUNSEL'S PRESENCE AT MOTION HEARING

The Defendant, Slawomir Winiewski, by and through undersigned counsel, and moves this Honorable Court to waive undersigned counsel's attendance at Motion hearing scheduled via video conference on February 19, 2026. Doc. 91. Undersigned counsel has not joined in co-defendant's motion to exclude evidence, although he does not oppose the motion, Mr. Winiewski is not intending to contest the charges against him at trial. Additionally, if the Court were to grant a continuance of the trial, Mr. Winiewski does not oppose this and waives any speedy trial issue with such a continuance because it would serve the interest of justice to allow the parties to fully review the late provided discovery material.

Undersigned counsel is the duty attorney on February 19, 2026 and may be called to court for initial appearance hearings at 2:00 p.m. on that date. If there is no conflict, counsel will attend the pretrial conference.

Wherefore, Mr. Winiewski through undersigned counsel, requests that counsel's presence at the forthcoming hearing be waived.

DATED this 15th day of February 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 15th day of February 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

David Rehfuss, AUSA

Wesley E. Trombley

Omar Abdelghany

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Defender
