**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

                  **CASE NO. 8:24-cr-429-CEH-CPT**

**v.**

**PIOTR MAREK ADAMCZYK,**
      **Defendant.**

_____

**<u>DEFENDANT'S UNOPPOSED MOTION FOR PROTECTION OF SPECIFIC
DATE</u>**

Defendant PIOTR MAREK ADAMCZYK, through undersigned defense counsel, hereby respectfully requests that this Honorable Court enter an Order prohibiting trial dates to be scheduled during the date listed below, and in support states:

1. On February 19, 2026 this Honorable Court entered an Order continuing trial on this case to the May 2026 trial term, commencing May 4, 2026.

2. Undersigned counsel recently received notice of a dental licensure hearing before the Florida Board of Dentistry for a client that he represents, scheduled for May 8, 2026 at 7:30 am in Jacksonville, Florida. The Board of Dentistry holds licensure hearings only a few times a year and this hearing would be extremely difficult to postpone. Further, counsel's client is a dentist who currently resides in New York and will be flying to Florida specially for the May 8, 2026 hearing.

3. Counsel for the government has no objection to this request.

WHEREFORE, the Defendant Piotr Adamczyk hereby respectfully requests that this Honorable Court not hold Jury Trial in the above styled case on May 8, 2026.

Respectfully submitted,

OMAR ABDELGHANY

550 N Reo St., Suite 300
Tampa, FL 33609
Telephone: (813) 461-5291
attorney@tampa-criminal-attorney.com

*Omar Abdelghany*
Omar Abdelghany
Fla. Bar No. 105682

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all parties of record, on this 7th day of April, 2026.

*Omar Abdelghany*
Omar Abdelghany
Fla. Bar No. 105682