UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO: 8:24-CR-429-CEH-CPT

SLAWOMIR WINIEWSKI
WIESLAW ROBRT RUTA
PIOTR MAREK ADAMCZYK

     Defendants.
_____/

## DEFENDANT WIESLAW ROBERT RUTA'S MOTION FOR RULE 17(b) TRIAL SUBPOENAS

Defendant WIESLAW ROBERT RUTA, by and through undersigned court-appointed counsel, moves for an order directing subpoenas to be issued pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure for the following witnesses to appear for his trial set to begin May 4, 2026 at 1:00pm:

SLAWOMIR WINIEWSKI
Federal Inmate
c/o U.S. Marshal's Service
801 N. Florida Ave.
Hernando County Detention Facility HCSO24JBN005198

PIOTR MAREK ADAMCZYK
Federal Inmate
c/o U.S. Marshal's Service
801 N. Florida Ave.
Hernando County Detention Facility HCSO24JBN004809

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Criminal Procedure 17(b), when a Defendant is unable to pay the witness fees and process costs associated with a witness's attendance at trial, the Court may order the U.S. Marshal to serve the subpoenas. The United States Marshal serves subpoenas for the government and for defendants of Public Defenders or Criminal Justice Act court-appointed attorneys, if so ordered by the Court. Undersigned counsel represents Mr. Ruta pursuant to the Criminal Justice Act and his financial affidavit resulting in counsel's appointment supports that he is unable to pay for any costs associated with this case. Furthermore, Mr. Ruta has been in custody since his arrest and has not been employed or had any other source of income over the last several months.

Mr. Ruta is charged with conspiring to possess with intent to distribute 5 kilograms of cocaine while on board a vessel subject to the jurisdiction of the United States and with possession with intent to distribute said cocaine. The witnesses requested to be subpoenaed are currently co-defendants that have firsthand knowledge of the case facts and matter set for trial on May 4, 2026. Although the co-defendants would most certainly be brought to trial, it is unknown whether one or both of the witnesses/co-defendants will resolve his case prior to trial or otherwise not be present. Therefore, Mr. Ruta requires a lawfully served trial subpoena to compel attendance.

WHEREFORE, Mr. Ruta respectfully requests the Court order the issuance of subpoenas pursuant to Rule 17(b), and order the U.S. Marshal to serve the subpoenas and secure the witnesses attendance from federal custody for the trial in this matter.

Respectfully submitted,

By:  *Wes Trombley*
WES TROMBLEY
Florida Bar No.  0684953
TROMBLEY & HANES. P.A.
707 North Franklin Street
10th Floor
Tampa, Florida  33602
Telephone: (813) 229-7918
Facsimile:  (813) 223-5204
Email:
wtrombley@trombleyhaneslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will then serve all parties of record.


*Wes Trombley*
Wes Trombley