UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO: 8:24-cr-429-CEH-CPT

SLAWOMIR WINIEWSKI (1),
WIESLAW ROBERT RUTA (2), and
PIOTR MAREK ADAMCZYK (3)
_____/

## **ORDER**

This matter comes before the Court on defendant Wieslaw Robert Ruta's Motion for Rule 17(b) Trial Subpoenas.  Mr. Ruta moves pursuant to Federal Rule of Criminal Procedure 17(b) setting forth his lack of financial resources necessary for service of trial subpoenas required to secure the attendance of two defense witnesses, Mr. Slawomir Winiewski and Mr. Piotr Marek Adamczyk.

The Court having reviewed and considered Mr. Ruta's Motion, hereby grants the relief requested in said Motion.

Accordingly, it is hereby

**ORDERED:**

1. Defendant Wieslaw Robert Ruta's Motion for Rule 17(b) Trial Subpoenas is **GRANTED**.

2. The U.S. Marshal shall serve trial subpoenas on Slawomir Winiewski and Piotr Marek Adamczyk and secure the witnesses attendance from federal custody

beginning May 4, 2026, and continuing each day until the completion of the trial in this matter.

**DONE** and **ORDERED** in Tampa, Florida on April ___, 2026.

_____

Christopher P. Tuite
United States Magistrate Judge

Copies furnished to:
Counsel of Record Unrepresented Parties