# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## HONORABLE CHARLENE EDWARDS HONEYWELL

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:24-cr-429-CEH-CPT | **DATE:** April 13, 2026 |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**SLAWOMIR WINIEWSKI (1)**<br>**WIESLAW ROBERT RUTA (2)**<br>**PIOTR MAREK ADAMCZYK (3)** | **PLAINTIFF'S COUNSEL:**<br>Joseph Ruddy, AUSA<br><br>**DEFENDANTS' COUNSEL:**<br>Ryan J. Maguire, AFPD (1) *Not Present*<br>Wesley E. Trombley, CJA (2)<br>Omar Abdelghany, CJA (3) |
| **COURTROOM:** *via* Zoom video conference | **INTERPRETER/LANGUAGE:** N/A |
| **TIME:** 11:02 A.M. – 11:12 A.M. | **TOTAL:** 10 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | **COURT REPORTER:** Becky Sabo |

## PROCEEDING: ZOOM MOTION HEARING

Court in session.

Counsel is present *via* Zoom video conference and identified for the record.

Neither the Defendants nor Mr. Maguire is present.

Defendant Winiewski is scheduled for a guilty plea hearing before the magistrate judge on April 23, 2026.

A jury trial is scheduled for Monday, May 4, 2026, as to Defendants Ruta and Adamczyk.

The Court is also available to start the trial on the afternoon of May 18, 2026.

The matter is before the Court today for a hearing on Defendant Adamczyk's Unopposed Motion for Protection of Specific Date (Doc. 110).

The Court hears arguments from counsel.

AUSA Ruddy estimates that the Government's case will take 2 ½ - 3 days to complete; however, he needs to confirm his witnesses' availability and will notify the Deputy Clerk and defense counsel *via* email with this information.

Court adjourned.