**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

-vs-                                                    Case No. 8:24-cr-429-CEH-CPT

SLAWOMIR WINIEWSKI

**CLERK'S MINUTES**
Proceeding: Change of Plea
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: April 23, 2026 |
| Deputy Clerk: Ashley Sanders | Time: 2:19 p.m. |
| USPO: none | Recess: 4:06 p.m. |
| Court Reporter: Digital | Total Time: 1 hour 11 min* |
| Interpreter: Wojteck Sawa, Polish (sworn) | *break: 3:10 p.m. -3:46 p.m. |

Counsel for USA: Joe Ruddy. AUSA
Counsel for Defendant: Ryan Maguire. AFPD

Court calls case and counsel enters appearances.

Defendant sworn. Defendant is 53 years old, Masters Degree education, can read/write English, no mental health/substance abuse treatment, no drug/alcohol use, clear minded. Counsel has no concern as to defendant's competency.

Defendant consents to proceed before a magistrate judge.

Court reviews plea agreement. Defendant understands. Court advises of maximum penalties. Defendant understands. Court advises of certain constitutional rights. Defendant understands.

Government provides factual basis. Court takes recess to allow Defendant to discuss factual basis with counsel.

Defendant pleads guilty to counts one and two of the Indictment. Court finds defendants plea is entered knowingly, voluntarily and is supported by an independent factual basis. Report and recommendation to be entered. Adjudication of guilt deferred. Sentencing date to be set.

Defendant referred to probation for a presentence investigation report.